IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHESTER D. LAMBERT, JR., and DONNA FAYE LAMBERT, <br><br>Plaintiffs,<br><br>vs.<br><br>B.P. PRODUCTS NORTH AMERICA, INC., CONOCO PHILLIPS COMPANY, SHELL OIL COMPANY, ASHLAND OIL COMPANY, EXXON MOBIL OIL CORPORATION, ATLANTIC RICHFIELD COMPANY a/k/a ARCO PRODUCTS COMPANY, and MAYTAG AIRCRAFT CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 04-347-GPM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# **ORDER**

**MURPHY, Chief District Judge:**

Plaintiffs have filed a pleading entitled "Dismissal of Individual Defendant Conoco Phillips Company Without Prejudice." (*See* Doc. 81.) Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

FED. R. CIV. P. 41(a)(1).

Defendant Conoco Phillips Company filed an answer to Plaintiffs' complaint on May 26, 2004 (*see* Doc. 20), and the instant pleading is not signed by all parties. Thus, the Court construes

the instant pleading as a motion for voluntary dismissal of Defendant Conoco Phillips pursuant to Federal Rule of Civil Procedure 41(a)(2).

Defendant has filed a response in which it consents to the requested dismissal.  (*See* Doc. 82.)  Accordingly, the Court **GRANTS** Plaintiffs' motion to dismiss (Doc. 81), and **DISMISSES** Defendant Conoco Phillips Company without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

DATED:  11/16/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
